UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Timmy J. Rouleau

 v.          Case No. 25-cv-50-SM

Northern NH Correctional
Facility, Warden

ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 21, 2025, for the reasons set forth therein. The $5.00 filing fee is due within 30 days. Failure to pay the filing fee may result in dismissal of this case without prejudice. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

**So Ordered.**

              _____
              Steven J. McAuliffe
              United States District Judge

Date: April 9, 2025

cc: Timmy J. Rouleau, pro se